AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARTIN L. HUNT, ET AL. | ) | Case No. 4:17CR52 |
| | ) | |
| Defendant | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Virginia Department of Forensic Science, Eastern Laboratory - Custodian of Records
830 Southampton Avenue, Suite 400, Norfolk, Virginia 23510

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

COMPLETE CASE FILES FOR ALL ANALYSIS AND INTERPRETATIONS ON THE FILES LISTED IN EXHIBIT 1

| Place: United States District Courthouse<br>2400 West Avenue<br>Newport News, VA 23607 | Date and Time: 07/20/2018 3:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____United States_____
_____, who requests this subpoena, are:

Howard J. Zlotnick, Assistant United States Attorney, United States Attorney's Office, 721 Lakefront Commons, Suite 300, Fountain Plaza Three, Newport News, Virginia 23606, 757-591-4000

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Case No. 4:17CR52

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                              _____
                                                *Printed name and title*


                              _____
                                                *Server's address*

Additional information regarding attempted service, etc.:

# Exhibit 1

Department of Forensic Science:

T15-1462
T15-1738
T15-2069
T15-2271
T15-4180
T15-5675
T15-5911
T15-6241
T15-6594
T16-312
T16-523
T16-592
T16-751
T16-1132
T16-1920
T16-2089
T16-3436
T16-4230
T16-4892
T16-5086
T16-5499
T16-5785
T16-6701