Eric Larnell Nixon Jr
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, Virginia 23434

Clerk's Office
United States District Court
2400 West Ave, Ste 100
Newport News, Virginia 23607

Re: United States of America V. Eric Nixon
Criminal No. 4:17cr52

## Motion For Speedy Trial

Here Comes the Defendant, Eric Nixon, By Defendant Nixon, Respectfully moves the Court with A motion for A Speedy Trial in accordance with my 6th Amendment United States Constitutional Rights.

I, Eric Nixon, In whom is A Defendant In the above Case reference was just informed By my Court Appointed Counsel that my Trial Date has been pushed Back to October of 2019. According to the Speedy Trial Act of 1974, In which this Court is bound by, The trial must begin within Seventy days of the filing of the Information or Indictment, or within Seventy days of the date the defendant first appears before a Judicial officer, "magistrate", whichever is later. My girlfriend is Pregnant with my first child, therefore oppressive pretrial Incarceration, anxiety, and Concern Comes Into effect In regards to my mental health due to excessive delay of time for trial which will become presumptively prejudicial.

I was also enrolled In College at Virginia State University during the time of my arrest, I would like to

Pg 1 of 2

have a chance to finish College. For these reasons, I object to the new trial date, and I would like to motion the court to come up with a more reasonable trial date within the defendant's speedy trial rights. Thank you very much!

Respectfully Submitted:

Eric L Nixon Jr

May I have a copy of Receipt.

RECEIVED
2018 NOV 16 A 8:40
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

Eric Nixon #55286
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, Virginia 23434

U.S. MARSHALS
INSPECTED

Clerk's Office
United States District Court
2400 West Ave, Ste 100
Newport News, Virginia 23607

23607-432800



RICHMOND VA 230
13 NOV 2018 PM 5 L