IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.  Criminal No. 4:17cr52

ERIC NIXON,
    Defendant.

# DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT MARTIN HUNT 'S MOTION TO DISMISS

Defendant Eric Nixon, by and through undersigned counsel, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and Local Rule 12 of the Local Rules of the Eastern District of Virginia, moves the Court to adopt the Motion and Memorandum in Support of Co-Defendant Martin Hunt's Motion to Dismiss, previously filed by counsel for the co-defendant as ECF Docs. 248 and 249, as this motion relates to similar counts against defendant Eric Nixon in counts 17, 19, 22, and 24 in the Superseding Indictment.

WHEREFORE, Defendant Eric Nixon moves the Court to **DISMISS** counts 17, 19, 22, and 24 and adopts the Memorandum in Support filed by co-defendant Martin Hunt in ECF no. 249 in support of this motion.

    Respectfully submitted,

    Eric Nixon

    By:_____/s/_____
    Nicholas R. Hobbs, Esq.

By_____/s/_____
Nicholas R. Hobbs, Esq.
Virginia Bar # 71083
Attorney for Defendant

Hobbs & Harrison
21- B East Queens Way
Hampton, VA 23669
757-722-0203 phone
757-722-0656 fax
[nhobbs@hobbsharrison.com](mailto:nhobbs@hobbsharrison.com)

CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of May, 2019, I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will send a notification of such filing (NEF) to the following : Amy Cross, Assistant United States Attorney, Fountain Plaza Three Suite 300, 721 Lakefront Commons, Newport News, Virginia 23606.


By_____/s/_____
Nicholas R. Hobbs, Esq.
Virginia Bar # 71083
Attorney for Defendant
Hobbs & Harrison
21- B East Queens Way
Hampton, VA 23669
757-722-0203 phone
757-722-0656 fax
nhobbs@hobbsharrison.com