IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



UNITED STATES OF AMERICA

v.

Criminal No. 4:17-CR-52

**MARTIN L. HUNT ET AL**

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It appearing to the Court that the prisoner/witness, **LAMONTE SHARKWAME GRADY** is currently in state custody, and must appear before the United States District Court, in Norfolk, Virginia, at 10:00 am on October 15, 2019*, to testify;

It is hereby ORDERED that a writ of habeas corpus ad testificandum issue forthwith, to be directed to the It is hereby ORDERED that a writ of habeas corpus ad testificandum issue forthwith, to be directed to the Wallens Ridge State Prison, Carl Manis, Warden, 272 Dogwood Drive, P. O. Box 759, Big Stone Gap, VA 24219, (276) 523-3310, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court, in Norfolk, Virginia, at 10:00 am on October 15, 2019*, and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

_____
UNITED STATES MAGISTRATE JUDGE

August 20, 2019
Norfolk, Virginia

WE ASK FOR THIS:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Brian J. Samuels
Assistant United States Attorney
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757) 591-4000