

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Wallens Ridge State Prison
Attn: Carl Manis, Warden
272 Dogwood Drive
Big Stone Gap, VA 24219          Case No.: 4:17cr52
(276) 523-3310

WE COMMAND YOU to surrender the body of LAMONTE SHARKWAME GRADY under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, in Norfolk, Virginia, on the **15th day of October, 2019 at 10:00 am.**, for testimony before the United States District Court at 600 Granby Street, Norfolk, VA, 23510, and at such other times as this Court may direct, then and there to testify in the above-referenced case. The body thereafter shall forthwith be returned by the United States Marshal to the above referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Lawrence R. Leonard, U.S. Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia this 22nd day of August, 2019.

FERNANDO GALINDO, Clerk

By: /S/
T. Armstrong, Deputy Clerk