## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 4:17cr52-1

MARTIN L. HUNT, et al.

### JOINT MOTION FOR ADDITIONAL
### PEREMPTORY CHALLENGES

COMES NOW the Defendants, Martin L. Hunt, Xavier Greene, Deshaun Richardson, Ryan Taybron, Eric Nixon, Geovanni Douglas, and Raymond Palmer, through counsel, and moves the Court to grant the defense additional peremptory challenges. This motion is made pursuant to Federal Rule of Criminal Procedure 24. The reasons in support of this motion are set forth below:

This case involves a complex multi-defendant conspiracy. The indictment has allegations of multiple murders, attempted murders, robberies, felonious assaults, firearm offenses and drug trafficking by a multitude of individuals. All seven Defendants are being tried jointly and the trial is expected to involve more than 100 witnesses and last numerous weeks. Three Defendants are facing mandatory life sentences if convicted of the most serious charges and all Defendants face either a life sentence or decades of incarceration.

The Court has discretion under Rule 24 of the Federal Rules of Criminal Procedure to grant additional peremptory challenges. The Sixth Amendment requirement that a

defendant be afforded a fair trial by an impartial jury is "fundamental to the American system of justice" *Taylor v. Louisiana*, 419 U.S. 522, 530 (1975).   The primary purpose of peremptory challenges is to help "secure the constitutional guarantee of trial by an impartial jury" *United States v. Martinez-Salazar*, 528 U.S. 304, 316 (2000).

The seven  Defendants are represented by a total of 10 attorneys and each Defendant has different defense and strategies about what type of jurors may be best for a case of this nature.  The defense requests that the Court grant to the defense a total of 50 peremptory challenges which is  far  less  that  the  10  each  Defendant  would  have  if  being  tried individually.  This number of challenges will insure that each Defendant has a reasonable opportunity to exercise challenges to get a fair and impartial jury.

This motion is in compliance with the local Rules for the Eastern District of Virginia in that it is filed more than 21 days prior to trial.

Respectfully submitted,

MARTIN L. HUNT

/ s /
_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
   Martin L. Hunt
Ruloff, Swain, Haddad, Morecock,
   Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com

_____ / s /_____
Emily Meyers Munn, Esquire
Virginia State Bar No.: 46390
Attorney for the Defendant
  Martin L. Hunt
Bischoff Martingayle, PC (Norfolk)
208 E. Plume Street Suite 247
Norfolk, VA 23510
757-440-3546
Fax: 757-965-4304
Email: emaily@bischoffmartingayle.com


_____ / s / _____
Amy Leigh Austin, Esq.
VSB# 46579
Attorney for the Defendant
Xavier Greene
The Law Office of Amy L. Austin
101 Shockoe Slip Suite O
Richmond, VA 23219
804-343-1900
Fax: 804-393-1901
Email: amyaustinlawyer@gmail.com


_____ / s / _____
David Michael Good, Esq.
VSB# 44107
Attorney for the Defendant
Xavier Greene
David Michael Good PC
780 Lynnhaven Parkway Suite 400
Virginia Beach, VA 23452
757-306-1331
Fax: 888-306-2608
Email: dgood@dgoodlaw.com


_____ / s / _____
Rhonda Quagliana, Esq.
Bar# 39522
Attorney for the Defendant

Deshaun Richardson, Esq.
St. John Bowling Lawrence & Quagliana LLP
416 Park Street
Charlottesville, VA 22902
Telephone No.: 434-296-7138
Fax No.: 434-296-1301
Email: rq@stlawva.com


_____ / s / _____
Gregory William Klein, Esq.
VSB# 73110
Attorney for the Defendant
Deshaun Richardson
Klein, Rowell & Shall, PLLC
3500 Virginia Beach Blvd., Suite 110
Virginia Beach, VA 23452
Telephone No.:757-432-2500
Fax No.: 757-432-2100
Email: greg@krslaw.com


_____ / s / _____
Andrew A. Protogyrou, Esq.
VSB# 27253
Attorney for the Defendant
Ryan Taybron
Protogyrou & Rigney PLC
125 St. Paul's Blvd., #150
Norfolk, VA 23510
757-625-1775
Fax: 757-625-1887
Email: protogyrou@prlaw.org


_____ / s / _____
Nicholas Ryan Hobbs, Esq.
VSB# 71083
Attorney for the Defendant
Eric Nixon
Hobbs & Harrison, PLLC
21-B East Queens Way

Hampton, VA 23669
757-335-4241
Fax: 757-335-4240
Email: nhobbs@hobbsharrison.com


_____/ s / _____
Harry D. Harmon, Jr., Esq.
VSB# 32395
Attorney for the Defendant
Geovanni Douglas
Attorney and Counselor at Law
5900 East Virginia Beach Blvd., #208
Norfolk, VA 23502
757-6223-2353
Fax: 757-623-2354
Email: harryharmonjr@gmail.com


_____/ s / _____
Jamison Page Raspberry, Esq.
VSB# 77223
Attorney for the Defendant
Raymond Palmer
Rasberry Law, PC
1023 Laskin Road Suite 101
Virginia Bach, VA 23451
757-301-1821
Email: jrasberry@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September  2019, I served a true copy of the foregoing via the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record, including:

> Amy E. Cross, Esq.
> Unites States Attorney Office (Newport News-NA)
> 721 Lakefront Commons Suite 300
> Newport News, VA 23606

757-591-4026
Email: amy.cross@usdoj.gov

Brian James Samuels, Esq.
United States Attorney Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
757-591-4032
Email: brian.samuels@usdoj.gov

Howard J. Zlotnick, Esq.
United States Attorney Office
721 Lakefront Commons Suite 300
Newport News, VA 23606
757-591-4031
Email: howard.zlotnick@usdoj.gov

Jon M. Babineau, Esq.
VSB#
Attorney for the Defendant
Corey R. Sweetenburg
Riddick Babineau PC
109 East Main Street Suite 413
Norfolk, VA 23510
757-622-8631
Fax: 757-226-0621
Email: jon@babineaulaw.com

Adam Michael Carroll, Esq.
VSB#
Attorney for the Defendant
Corey R. Sweetenburg
Wolcott Rivers Gates P.C.
Convergence Center IV
200 Bendix Road Suite 300
Virginia Beach, VA 23452
757-497-6633
Fax: 757-497-7267
Email: acarroll@wolriv.com

Richard Scott Yarrow, Esq.
VSB# 37807
Attorney for the Defendant
Melissa Taybron
Richard S. Yarrow LLC
821 West 21st Street Suite 208
Norfolk, VA 23517
757-337-3963
Fax: 757-686-0180
Email: RichardYarrow@gmail.com

Mary Teresa Morgan, Esq.
VSB#
Attorney for the Defendant
Sade Taybron
Golightly, Mulligan, & Morgan, PLC
1244 Perimeter Parkway Suite 441
Virginia Beach, VA 23454
757-609-2702
Fax: 757-301-9625
Email: mary@golightlylaw.com

Eric Leckie, Esq.
VSB#
Attorney for the Defendant
Phyliss Taybron
Invictus Law
2408 Princess Anne Road
Virginia Beach, VA 23456
757-337-2727
Fax: 757-474-1671
Email: ericleckie@invictus-law.com

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
  Martin L. Hunt
Ruloff, Swain, Haddad, Morecock,
  Talbert & Woodward, P.C.

317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com


_____/ s /_____
Emily Meyers Munn, Esquire
Virginia State Bar No.: 46390
Attorney for the Defendant
    Martin L. Hunt
Bischoff Martingayle, PC (Norfolk)
208 E. Plume Street Suite 247
Norfolk, VA 23510
757-440-3546
Fax: 757-965-4304
Email: emaily@bischoffmartingayle.com


_____/ s /_____
Amy Leigh Austin, Esq.
VSB# 46579
Attorney for the Defendant
Xavier Greene
The Law Office of Amy L. Austin
101 Shockoe Slip Suite O
Richmond, VA 23219
804-343-1900
Fax: 804-393-1901
Email: amyaustinlawyer@gmail.com


_____/ s /_____
David Michael Good, Esq.
VSB# 44107
Attorney for the Defendant
Xavier Greene
David Michael Good PC
780 Lynnhaven Parkway Suite 400
Virginia Beach, VA 23452
757-306-1331
Fax: 888-306-2608
Email: dgood@dgoodlaw.com

_____/ s /_____
Rhonda Quagliana, Esq.
Bar# 39522
Attorney for the Defendant
Deshaun Richardson
St. John Bowling Lawrence & Quagliana LLP
416 Park Street
Charlottesville, VA 22902
Telephone No.: 434-296-7138
Fax No.: 434-296-1301
Email: rq@stlawva.com


_____/ s /_____
Gregory William Klein, Esq.
VSB# 73110
Attorney for the Defendant
Deshaun Richardson
Klein, Rowell & Shall, PLLC
3500 Virginia Beach Blvd., Suite 110
Virginia Beach, VA 23452
Telephone No.:757-432-2500
Fax No.: 757-432-2100
Email: greg@krslaw.com


_____/ s /_____
Andrew A. Protogyrou, Esq.
VSB# 27253
Attorney for the Defendant
Ryan Taybron
Protogyrou & Rigney PLC
125 St. Paul's Blvd., #150
Norfolk, VA 23510
757-625-1775
Fax: 757-625-1887
Email: protogyrou@prlaw.org

_____/ s /_____
Nicholas Ryan Hobbs, Esq.
VSB# 71083
Attorney for the Defendant
Eric Nixon
Hobbs & Harrison, PLLC
21-B East Queens Way
Hampton, VA 23669
757-335-4241
Fax: 757-335-4240
Email: nhobbs@hobbsharrison.com


_____/ s /_____
Harry D. Harmon, Jr., Esq.
VSB# 32395
Attorney for the Defendant
Geovanni Douglas
Attorney and Counselor at Law
5900 East Virginia Beach Blvd., #208
Norfolk, VA 23502
757-6223-2353
Fax: 757-623-2354
Email: harryharmonjr@gmail.com


_____/ s /_____
Jamison Page Raspberry, Esq.
VSB# 77223
Attorney for the Defendant
Raymond Palmer
Rasberry Law, PC
1023 Laskin Road Suite 101
Virginia Bach, VA 23451
757-301-1821
Email: jrasberry@gmail.com