IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division



FILED
OCT - 2 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 4:17cr52-1

MARTIN L. HUNT, et al.

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It appearing to the Court that the witness, **DEANDRE D. DABNEY** Inmate ID 86851-083, is currently in federal custody, and must appear before the United States District Court October 15, 2019 to testify at trial as a material witness.

It is hereby ORDERED that a writ of habeas corpus ad testificandum issue forthwith, to be directed to A.W. Mark J. Bolster, FCI Petersburg, Medium, 1060 River Road, Hopewell, Virginia 23860, (804) 504-7200, to surrender the body of the above-named witness into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court, Norfolk, Virginia, on October 15, 2019 at 10:00 a.m., and at such times as the Court may direct, and to be thereafter forthwith returned by the United States Marshal to the aforementioned institution and custody.

_/s/_
Robert J. Krask
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

October 4, 2019
Norfolk, Virginia

WE ASK FOR THIS:

_(signature)_

Emily Meyers Munn, Esquire
Virginia State Bar No.: 46390
Attorney for the Defendant
    Martin L. Hunt
Bischoff Martingayle, PC (Norfolk)
208 E. Plume Street Suite 247
Norfolk, VA 23510
Telephone No.: (757) 440-3546
Facsimile No.: (757) 965-4304
Email: emily@bischoffmartingayle.com

Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
    Martin L. Hunt
Ruloff, Swain, Haddad, Morecock,
    Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com